

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO Transmissions, Inc. | : | **13    2246** |
| V. | : | Civil Action |
| Ismail S. Latif | : | No: _____ |
| | : | |

DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, AAMCO Transmissions, Inc, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc
_____
_____

4/25/13                          [signature]
**Date**                          **Signature**

Counsel for:   AAMCO Transmissions, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
      (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
      (2)   states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
      (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
      (2)   promptly file a supplemental statement if any required information changes.

APR 2 6 2013