IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
|       Plaintiff, | : | |
| v. | : | No. 13-cv-2246 |
| ISMAIL S. LATIF | : | |
|       Defendant. | : | |

## ENTRY OF APPEARANCE

To the Clerk:

    Kindly enter my appearance as attorney for Plaintiff AAMCO Transmissions, Inc. in the above-captioned action.

                                   By:    /s/*James A. Goniea*
                                               James A. Goniea (Pa. I.D. No. 207313)
                                             Wiggin and Dana LLP
                                             Two Liberty Place
                                             50 S. 16th Street, Suite 2925
                                             Philadelphia, PA 19102
                                             (215) 988-8317
                                             jgoniea@wiggin.com
                                             *Attorney for Plaintiff*
                                             *AAMCO Transmissions, Inc.*

Dated:  September 18, 2013