IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 13-2246 |
| | : : : : | |
| ISMAIL S. LATIF, | : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this ___ of September 2013, upon consideration of the proposed Joint Stipulated Injunction Order submitted to the Court via facsimile on September 18, 2013, **IT IS HEREBY ORDERED AND DECREED** that the proposed Order is **GRANTED.**

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**