IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC.<br>　　　　Plaintiff,<br><br>　v.<br><br>ISMAIL S. LATIF<br>　　　　Defendant. | CIVIL ACTION<br><br>No. 13-cv-2246 |

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiff AAMCO Transmissions, Inc. ("ATI") has sued Defendant Ismail S. Latif ("Latif") in the above-captioned case; and

WHEREAS, Defendant Latif has asserted counterclaims in this action against ATI; and

WHEREAS, pursuant to a Settlement Agreement by and among ATI and Latif, the parties have agreed to dismiss this action, with prejudice;

NOW, THEREFORE, it is STIPULATED and AGREED by the undersigned counsel for the parties and ORDERED by the Court that:

This action shall be and is dismissed with prejudice, each side to bear its own fees and costs.

STIPULATED and AGREED:

| | |
|---|---|
| /s/James Goniea<br>James Goniea, Esq.<br>Wiggin and Dana LLP<br>Two Liberty Place<br>50 S. 16th Street, Suite 2925<br>Philadelphia, PA 19102<br>*Attorney for Plaintiff*<br>*AAMCO Transmissions, Inc.* | /s/Jeffrey Goldstein<br>Jeffrey Goldstein, Esq.<br>The Gold Law Firm<br>1629 K St. N.W., Suite 300<br>Washington, D.C. 20006<br>*Attorney for Defendant*<br>*Ismail S. Latif* |

SO ORDERED:

_____
Hon. Petrese B. Tucker, C.J.

DATE: July 23, 2014

1