AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____EDPA_____ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO.<br>13-2246 | DATE FILED<br>4/26/13 | U.S. DISTRICT COURT<br>EDPA Clerk's Office Room 2609, 601 Market St, Philadelphia, PA 19106 |
|---|---|---|
| PLAINTIFF<br>AAMCO TRANSMISSIONS, INC. | | DEFENDANT<br>ISMAIL S. LATIF |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 851209 | | AAMCO TRANSMISSIONS, INC. |
| 2 | 860330 | | AAMCO TRANSMISSIONS, INC. |
| 3 | 1127710 | | AAMCO TRANSMISSIONS, INC. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 7/29/2014 - Stipulation and Order of Dismissal |

| CLERK<br>Michael E. Kunz | (BY) DEPUTY CLERK<br>Alexander Eggert | DATE<br>9/19/2014 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy